IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BANK 7, an Oklahoma state banking association, ) ) ) Plaintiff, ) ) v. ) ) BRANDON LEE JONES, an individual, ) MARK DARWIN FAGG, an individual, ) CHARLES JONES, an individual, ) ) Defendants. ) | Case No. CIV-15-694-D |

## **JUDGMENT BY DEFAULT**

This matter comes before the Court upon the Motion for Default Judgment as to Defendants Charles Jones and Brandon Lee Jones Only [Doc. No. 14], filed by Plaintiff Bank 7 pursuant to Fed. R. Civ. P. 55(b). Plaintiff has previously dismissed its action against Defendant Mark Darwin Fagg pursuant to Fed. R. Civ. P. 41(a)(1)(1)(A). Upon consideration of the case record, the Court finds that (a) Defendants Brandon Lee Jones and Charles Jones are in default and the Clerk has entered their defaults [Doc. Nos. 9 & 11]; (b) Defendants Brandon Lee Jones and Charles Jones are indebted to Plaintiff pursuant to commercial guaranty agreements regarding the indebtedness of CBM E & I Services, LLC under certain promissory notes shown by the Complaint and referenced therein as Note No. 1 and Note No. 2; (c) Defendants Brandon Lee Jones and Charles Jones are not infants or incompetent persons and are not in the military service; and (d) Plaintiff is entitled to recover from Defendants Brandon Lee Jones and Charles Jones the amounts shown by the Complaint

and the affidavits of record.  Therefore, the Court finds that a judgment by default should be entered for Plaintiff and against all remaining defendants as set forth herein.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Bank 7 have judgment against Defendants Brandon Lee Jones and Charles Jones, jointly and severally, as follows:  (a) on Note 1 for the principal amount of $45,850.00, plus accrued interest in the amount of $3,950.98 as of September 1, 2015, and late charges of $4,926.07, plus interest accruing thereafter at the rate of .36% per annum from the date of judgment until paid; and (b) on Note No. 2 for the principal amount of $147,706.39, plus accrued interest in the amount of $12,880.98 as of September 1, 2015, and late charges of $7,927.53, plus interest accruing thereafter at the rate of .36% per annum from the date of judgment until paid.

ENTERED this 28th  day of September, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE